IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PROGRESSIVE HEALTH AND REHAB CORP.,**

    **Plaintiff,**

    v.

**GLENWOOD SYSTEMS LLC,** *et al.***,**

    **Defendants.**

**Case No. 2:16-cv-1153**
**Judge Michael H. Watson**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court on an unopposed motion filed by Plaintiff, Progressive Health and Rehab Corporation, for leave to file a Second Amended Complaint and to add an additional defendant. (ECF No. 2.)  In the motion, Plaintiff also seeks leave to file a Second Amended Placeholder Motion for Class Certification. (ECF No. 37-2.)  For good cause shown, the motion is **GRANTED in part**. The clerk is **DIRECTED** to file Plaintiff's proposed Second Amended Complaint, attached as Exhibit 1 to Plaintiff's motion. (ECF No. 37-1.)  Plaintiff's request to file a second amended "placeholder motion" is **DENIED without prejudice** for the same reasons that the Court denied Plaintiff's original "placeholder motion" on July 18, 2017. (ECF No. 22.)  Further, because the Second Amended Complaint supplants Plaintiff's First Amended Complaint, the motion filed by Defendant, Columbus Sleep Consultants D.M.E, LLC, seeking leave to file an Answer to Plaintiff's First Amended Complaint is **DENIED** as moot. (ECF No. 35.)

**IT IS SO ORDERED.**

Date: May 18, 2018 　　　　　　　　　　　　　　　　　__s/ *Elizabeth A. Preston Deavers*__
　　　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH A. PRESTON DEAVERS
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE