IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PROGRESSIVE HEALTH
AND REHAB CORPORATION,**

    **Plaintiff,**

                                            Civil Action 2:16-cv-01153
                                            Judge Michael H. Watson
    v.                                      Chief Magistrate Judge Elizabeth P. Deavers

**GLENWOOD SYSTEMS LLC,** *et al.***,**

    **Defendants.**

## ORDER

This case has been reported settled.  Accordingly, the parties are **ORDERED** to file a **JOINT STATUS REPORT** updating the Court on the status, but not the substance, of settlement on or before **APRIL 19, 2019** if the case remains pending on that date.

    IT IS SO ORDERED.


Date: March 20, 2019                            */s/ Elizabeth A. Preston Deavers*
                                                    **ELIZABETH A. PRESTON DEAVERS
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE**