**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP., an Ohio Corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: Civil Action No.: 2:16-cv-01153-MHW-EPD |
| v. | ) ) | |
| | ) | **JUDGE MICHAEL WATSON** |
| COLUMBUS SLEEP CONSULTANTS D.M.E., LLC and COLUMBUS SLEEP CONSULTANTS, INC. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, PROGRESSIVE HEALTH and REHAB, and Defendants, COLUMBUS SLEEP D.M.E., LLC and COLUMBUS SLEEP CONSULTANTS, INC. through their undersigned attorneys, hereby dismiss this action without prejudice, each side to bear its own costs.

Respectfully submitted,

*/s/ Robert E. DeRose*
Robert E. DeRose - Ohio Bar #005214
Jessica R. Doogan – Ohio Bar #0092105
BARKAN MEIZLISH DEROSE
WENTZ MCINERNEY PEIFER, LLP
250 E. Broad St., 10th Floor
Columbus, OH 43215
Tele: 614-2221-4221 / Fax: 614-744-2300
bderose@barkanmeizlish.com
jdoogan@barkanmeizlish.com

Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
rkelly@andersonwanca.com

*Counsel for Plaintiff*

 /s/ Karen S. Hockstad
Karen S. Hockstad (0061308)
Vladmir P. Belo (0071334)
Dinsmore & Shohl, LLP
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio 43215
Telephone:  (614) 628-6930
Facsimile: (614) 628-6890
Email:      Karen.hockstad@dinsmore.com
            Vladimir.belo@dinsmore.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

*/s/ Robert E. DeRose*
Robert E. DeRose (005214)